**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
X __1st__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Mark Alexander    JOINT DEBTOR: Dominique Alexander    CASE NO.: 11-25398-JKO
Last Four Digits of SS# 6454    Last Four Digits of SS# 6692

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A.  $ __306.10__ for months __1__ to __15__ ;
  B.  $ __122.76__ for months __16__ to __60__ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,500.00    TOTAL PAID $ 1,400.00
                Balance Due    $ 2,100.00
                Costs:         400.00
                Total Due      $ 2,500.00    payable $ **166.67** /month (Months **1** to **15**)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. __NONE__    Arrearage on Petition Date    $_____
Address:_____    Arrears Payment    $_____ /month (Months ___ to ___)
_____    Regular Payment    $_____ /month (Months ___ to ___)
Account No: _____

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM "MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY") WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | ___ To ___ | $ |
|  | $ | % | $ | ___ To ___ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. NONE _____    Total Due $_____
                       Payable  $_____ /month (Months ___ to ___) Regular Payment $_____
2. _____     Total Due $_____
                       Payable  $_____ /month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ __111.60__ /month (Months __1__ to __60__).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
  1. Debtors shall provide annual tax returns to Trustee by May 15th each year during the period of the Chapter 13 plan. If debtors income or tax refunds increase, debtor shall add such amount to the plan payment for payment to unsecured creditors up to 100% of the unsecured debt.
  2. Debtors to treat 1st mortgage on residence to BAC Home Loans Servicing (acct. #...5695) direct.
  3. Debtors to treat Claim #1 on auto loan to Nissan Motor Acceptance (acct. #...0001) direct.
  4. Debtors to treat Claim #7 of Snap-On Credit LLC (acct. #...1448) direct.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Mark Alexander_____    _/s/ Dominique Alexander_____
Debtor: Mark Alexander              Joint Debtor: Dominique Alexander
Date: July 21, 2011                 Date: July 21, 2011

LF-31 (rev. 12/01/09)